THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MAX RIEDEL, Appellant.

Argued March 5, 1940; decided April 9, 1940.

*Lester Lyons* and *Louis J. Gribetz* for appellant.

*John J. Bennett, Jr., Attorney-General (Bernard Bienstock* and *Hyman Wank* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, SEARS, LEWIS and CONWAY, JJ. Dissenting: RIPPEY, J.